USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In Re: JACK PINNOCK and MAZIE PINNOCK,      Bankruptcy Case No. 16-23508

                Debtors.      Chapter 13

-----------------------------------------------------------X
U.S. NATIONAL ASSOCIATION, as Trustee,
On behalf of the Holders of CSMS
MORTGAGED BACKED PASS-THROUGH
CERTIFICATES, SERIES 2007-1,

                Appellant,

-against-      19 **CIVIL** 8958 (CM)

     **JUDGMEN**

JACK PINNOCK and MAZIE PINNOCK,

                Appellees.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 15, 2020, for the reasons stated by Judge Robert Drain, U.S.B.J. in his opinion, the decision of the Bankruptcy Court is affirmed, with costs to appellees.

**Dated:** New York, New York
         January 17, 2020

                                            **RUBY J. KRAJICK**
                                                **Clerk of Court**
                                **By:** _____
                                                 **Deputy Clerk**

                                                  THIS DOCUMENT WAS ENTERED
                                                  ON THE DOCKET ON 1/17/2020